B1 Official Form 1 (04/13) — Page 1

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Electro Sonic Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>c/o MNP Ltd.<br>300-111 Richmond Street West<br>Toronto, ON M5H2G4 | Street Address of Joint Debtor (No. & Street, City, State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>n/a | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>n/a | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☒ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Canada

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
Canada

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

B1 Official Form 1 (04/13)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Electro Sonic Inc. |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☒   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

B1 Official Form 1 (04/13)          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Electro Sonic Inc. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | **Signature of a Foreign Representative**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☒    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐    Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _/s/_ _____<br>   (Signature of Foreign Representative)<br><br>Sheldon Title of MNP Ltd. for Electro Sonic Inc.<br>(Printed Name of Foreign Representative)<br><br>February _7_, 2014<br>Date |
| **Signature of Attorney\***<br><br>X _/s/_ _____<br>   Signature of Attorney for Debtor(s)<br>Fred Rosner (No. 3995)<br>Printed Name of Attorney for Debtor(s)<br>The Rosner Law Group LLC<br>Firm Name<br><br>824 Market Street<br>Suite 810<br>Wilmington, Delaware 19801<br>Address<br>(302) - 319-6301<br>Telephone Number<br>February _7_, 2014<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Signature |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | _____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## EXHIBIT 1

**Pending Bankruptcy Cases Filed by Affiliates of the Debtor:**

Concurrently herewith, each of the affiliated entities listed below filed a petition with the Court for relief under chapter 15 of title 11 of the United States Code.

Electro Sonic of America LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 15 |
| | ) |
| MNP LTD | ) Case No. 14-_____ (___) |
| as Foreign Representative of | ) |
| | ) Joint Administration Pending |
| ELECTRO SONIC INC., | ) |
| Debtor in a Foreign Proceeding. | ) |

## CORPORATE OWNERSHIP STATEMENT OF ELECTRO SONIC INC. PURSUANT TO BANKRUPTCY RULES 1007(a)(4) and 7007.1

Joel Rosenthal owns 100 common shares of Electro Sonic Inc., Martin Rosenthal owns 1000 Class II shares of Electro Sonic Inc., and Different Drummer Communications Inc. owns 20, 260 Class I shares of Electro Sonic Inc.

## VERIFICATION OF CHAPTER 15 PETITION

Pursuant to 28 U.S.C. § 1746, Sheldon Title declares as follows:

I am a Senior Vice President of MNP Ltd ("MNP"), the proposal trustee and foreign representative for debtor-in-possession Electro Sonic Inc. ("ESI") and debtor-in-possession Electro Sonic of America LLC ("ESA, and collectively with ESI, the "Company" or "Debtors"). I have full authority to verify the foregoing chapter 15 petition for recognition of a foreign main proceeding, including each of the attachments and appendices thereto, and I am informed and believe that the allegations contained therein are true and accurate to the best of my knowledge, information, and belief. A true and accurate copy of the Notice of Intention to Make a Proposal ("NOI") pursuant to Section 50.4 of the Canadian Bankruptcy and Insolvency Act, R.S.C. 1985, c. B-3, as amended, whereby MNP was named as the Debtors' proposal trustee, is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February, 2014

_____
MNP Ltd.
Foreign Representative of Debtors
By: Sheldon Title
Senior Vice President

# Exhibit A

 **Industry Canada**
Office of the Superintendent
of Bankruptcy Canada

Industrie Canada
Bureau du surintendant
des faillites Canada

District of     Ontario
Division No.  09 - Toronto
Court No.     31-1835443
Estate No.    31-1835443

In the Matter of the Notice of Intention to make a proposal of:

**Electro Sonic Inc.**
Insolvent Person

**MNP LTD / MNP LTÉE**
Trustee

---

Date of the Notice of Intention:    February 06, 2014

---

### CERTIFICATE OF FILING OF A NOTICE OF INTENTION TO MAKE A PROPOSAL
#### Subsection 50.4 (1)

I, the undersigned, Official Receiver in and for this bankruptcy district, do hereby certify that the aforenamed insolvent person filed a Notice of Intention to Make a Proposal under subsection 50.4 (1) of the *Bankruptcy and Insolvency Act.*

Pursuant to subsection 69(1) of the Act, all proceedings against the aforenamed insolvent person are stayed as of the date of filing of the Notice of Intention.

Date: February 07, 2014, 09:32

E-File/Dépôt Electronique                                           Official Receiver

25 St. Clair Avenue East, 6th floor, Toronto, Ontario, Canada, M4T1M2, (877)376-9902



District of:
Division No.       -
Court No.
Estate No.

- FORM 33 -
Notice of Intention To Make a Proposal
(Subsection 50.4(1) of the Act)

In the matter of the proposal of
Electro Sonic Inc.
of the City of Markham
in the Province of Ontario

Take notice that:

1. We, Electro Sonic Inc., an insolvent corporation, state, pursuant to subsection 50.4(1) of the Act, that we intend to make a proposal to our creditors.

2. MNP LTD. of 300 - 111 Richmond Street West, Toronto, ON, M5H 2G4, a licensed trustee, has consented to act as trustee under the proposal. A copy of the consent is attached.

3. A list of the names of the known creditors with claims of $250 or more and the amounts of their claims is also attached.

4. Pursuant to section 69 of the Act, all proceedings against the corporation are stayed as of the date of filing of this notice with the official receiver in our locality.

Dated at the City of Markham in the Province of Ontario, this 6th day of February 2014.

_____
Electro Sonic Inc.
Insolvent Corporation

To be completed by Official Receiver:

Filing Date  _____

_____
Official Receiver

Page 1 of 7

| List of Creditors with claims of $250 or more. |
|---|---|---|---|
| Creditor | Address | Account# | Claim Amount |
| AIMTEC | 205 RUE JOSEPH CARRIER<br>VAUDREUIL-DORION QC J7V 5V5 | | 4,207.23 |
| ALL ABOUT OFFICE INC. | PO BOX 10026<br>1145 INNISFIL BEACH ROAD<br>INNISFIL ON L9S 1Y0 | | 763.03 |
| ALLIED ELECTRONICS [CANADA] | 7151 JACK NEWELL BLVD S<br>FORT WORTH TX 76118 USA | | 14,216.03 |
| ANNEX PUBLISHING & PRINTING | 222 EDWARD STREET<br>AURORA ON L4G 1W6 | | 5,037.54 |
| APEX TOOL CANADA LP | P.O. BOX T09224C, STATION A<br>TORONTO ON M5W 3M1 | | 9,754.09 |
| ARROW ELECTRONICS | 171 SUPERIOR BLVD<br>MISSISSAUGA ON L5T 2L6 | | 10,775.52 |
| AVNET INTL. (CANADA) LTD. | PO BOX 3258, STATION A<br>TORONTO ON M5W 4K2 | | 2,412.53 |
| B&K PRECISION | P.O. BOX 31001-1649<br>PASADENA CA 91110-1649 USA | | 1,245.83 |
| Bell Canada F-88 - Business Insolvency Department | 1 Carrefour Alexandre-Graham-Bell, Aile E3<br>Verdun QC H3E 3B3 | | 6,722.65 |
| BIG MAGAZINE LP | 80 VALLEYWOOD DRIVE<br>NORTH YORK ON M3B 2S9 | | 5,911.88 |
| BISCO INDUSTRIES | 2 - 2530 SPEERS ROAD<br>OAKVILLE ON L6L 5K8 | | 588.60 |
| BRADY CANADA | 50 VOGELL ROAD, UNITS 3 & 4<br>RICHMOND HILL ON L4B 3K6 | | 7,367.31 |
| CANADIAN BATTERY ASSEMBLERS | UNIT 1, SUITE 300<br>200 NORTH SERVICE ROAD W.<br>OAKVILLE ON L6M 2Y1 | | 579.02 |
| CARTELL MEDIA DEVELOPMENT | 3 - 1050 SALK ROAD<br>PICKERING ON L1W 3C5 | | 593.25 |
| DIFFERENT DRUMMER COMMUMICATIONS INC. | 55 Renfrew Dr Suite 100<br>Markham ON L3R 8H3 | | 1,084,845.00 |
| DIGI-KEY CORPORATION USD$ | P.O. BOX 677<br>701 BROOKS AVENUE SOUTH<br>THIEF RIVER FALLS MN 56701-0677 USA | | 13,269.31 |
| EBM INDUSTRIES INC.,(US) | 2 - 1800 IRONSTONE MANOR<br>PICKERING ON L1W 3J9 | | 77,380.93 |
| EGS ELECTRICAL GROUP CANADA | 99 UNION STREET<br>ELLMIRA ON N3B 3L7 | | 4,456.03 |

| List of Creditors with claims of $250 or more. | | | |
|---|---|---|---|
| Creditor | Address | Account# | Claim Amount |
| ELLWORTH ADHESIVES CORP. | 5 - 560 ARVIN AVENUE<br>STONEY CREEK ON L8E 5P1 | | 280.95 |
| EMX ENTERPRISES LTD | 250 GRANTON DRIVE<br>RICHMOND HILL ON L4B 1H7 | | 3,680.42 |
| ENERGIZER CANADA T5019 | PO BOX 5100, STATION F<br>TORONTO ON M4Y 2T5 | | 21,753.71 |
| ENERSYS CANADA INC. | 61 PARR BLVD., UNIT # 3<br>BOLTON ON L7E 4E3 | | 6,133.05 |
| Federal Express Canada Ltd. - Revenue Recovery Department Lynn Tassone | 5985 Explorer Drive<br>Mississauga ON L4W 5K6 | | 56,708.11 |
| FEDEX ERS | PO BOX 371461<br>PIttsburgh PA 15250-7461 USA | | 1,402.15 |
| FEDEX FREIGHT | P.O. BOX 223125<br>PIttsburgh PA 15250-7461 USA | | 298.90 |
| FERRAZ SHAWMUT CANADA INC. | 6200 KESTREL ROAD<br>MISSISSAUGA ON L5T 1Z1 | | 11,046.03 |
| FONDS DES PENSION ALIMENTAIRES | REVENUE QUEBEC<br>REF: PA011, CP 8000, SUCC. DESJARDINS<br>MONTREAL QC H5B 0A7 | | 533.54 |
| FOXY DELIVERY SERVICE INC. | PO BOX 691<br>KENMORE NY 14217 USA | | 332.43 |
| FRANCOTYP-POSTALIA CANADA INC. | 82 CORSTATE AVENUE<br>CONCORD ON L4K 4X2 | | 1,235.59 |
| FUTURE ELECTRONICS INC.(US) | PO BOX 12539, CENTRE-VILLE<br>MONTREAL QC H3C 5G7 | | 843.37 |
| GENTECH INTERNATIONAL | PO BOX 8500<br>Philadelphia PA 19178-9876 USA | | 1,692.07 |
| H.T. WATT & ASSOCIATES | 71 - 1231 MILLWOOD AVE.<br>BROCKVILLE ON K6V 6J4 | | 325.44 |
| HAMMOND MFG. | ATTN: MS. DONNA ROACH<br>394 EDINBURGH ROAD N.<br>GUELPH, ON N1H 1E5 | | 67,797.10 |
| HAMMOND MFG. CO., INC. | 100 - 475 CAYUGA ROAD<br>CHEEKTOWAGA NY 14225 USA | | 7,690.98 |
| HAMMOND POWER SOLUTIONS INC. | P.O. BOX 15024, STATION A<br>TORONTO ON M5W 1C1 | | 42,643.81 |
| HEARST BUSINESS MEDIA | PO BOX 198856<br>Atlanta GA 30384-8856 USA | | 831.08 |

| Creditor | Address | Account# | Claim Amount |
|---|---|---|---|
|  | List of Creditors with claims of $250 or more. | | |
| HEILIND ELECTRONIC | 102 - 275 RENFREW DRIVE<br>MARKHAM ON L3R 0C8 | | 2,660.29 |
| HEINEMANN ELECTRIC CANADA | 343 DESLAURIERS<br>MONTREAL QC H4N 1W2 | | 672.00 |
| HENKEL CANADA CORPORATION | c/o 912360<br>PO BOX 4090, STN A<br>TORONTO ON M5W 0E9 | | 29,415.15 |
| HEWLETT-PACKARD (CANADA) CO. | P.O. BOX 8803, STATION A<br>TORONTO ON M5W 1P8 | | 26,785.13 |
| HOFFMAN ENCLOSURES | PO BOX 57340, STATION A<br>TORONTO ON M5W 5M5 | | 178,942.50 |
| HSI SENSING | 3100 NORGE ROAD<br>CHICKASHA OK 73018 USA | | 1,761.88 |
| IBM Canada Ltd. | 3600 Steeles Avenue E<br>Markham ON L3R 9Z7 | | 2,756.15 |
| JOEL ROSENTHAL | 55 Renfrew Dr Suite 100<br>Markham ON L3R 8H3 | | 696,551.00 |
| KESTER | 39593 TREASURY CENTER<br>Chicago IL 60694-9500 USA | | 7,609.88 |
| KESTER PASTE | 39593 TREASURY CENTER<br>Chicago IL 60694-9500 U.S.A. | | 4,099.97 |
| LEMAC-PACKAGING INC. | P O BOX 10788<br>ERIE PA 16514-0788 USA | | 432.16 |
| M.G.CHEMICALS LTD. | 9347-193 STREET,<br>SURREY, BC V3T 4W2 | | 17,124.71 |
| MALLORY SONALERT PRODUCTS,INC. | PO BOX 47948<br>Indianapolis IN 46247-0948 USA | | 511.07 |
| MERSEN CANADA TORONTO INC. | 6200 KESTREL ROAD<br>MISSISSAUGA ON L5T 1Z1 | | 16,424.24 |
| MMG PUBLISHING US LLP | SUITE 920<br>8400 NORMANDALE LAKE BOULEVARD<br>BLOOMINGTON MN 55437 USA | | 2,216.20 |
| MOBILSHRED, INC DBA RECALL | C/O TH1207<br>PO BOX 4290, STN A<br>TORONTO ON M5W 0E1 | | 1,491.83 |
| MODE ELECTRONICS | 211-2999 UNDERHILL AVENUE<br>BURNABY BC V5A 3C2 | | 1,155.08 |
| MOORE CANADA | P.O. BOX 3537, STATION A<br>TORONTO ON M5W 3G4 | | 742.83 |

| Creditor | Address | Account# | Claim Amount |
|---|---|---|---|
| | List of Creditors with claims of $250 or more. | | |
| MTK ELECTRONICS, INC. | 1 NATIONAL BLVD<br>MEDFORD NY 11763 USA | | 3,868.73 |
| MTS Allstream Inc.<br>Cislyn Lee | 12th Floor<br>200 Wellington Street West<br>Toronto ON M5V 3G2 | | 1,936.57 |
| NEWARK | PREMIER FARNELL CANADA LTD.<br>6375 DIXIE ROAD, SUITE 202<br>MISSISSAUGA ON L5T 2E7 | | 4,097.72 |
| NEWARK | PREMIER FARNELL CANADA LTD.<br>6375 DIXIE ROAD, SUITE 202<br>MISSISSAUGA ON L5T 2E7 | | 4,358.60 |
| NEWPORT CORPORATION | 13976 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 USA | | 1,686.31 |
| OCTOPART, INC. | 43 W 24TH ST., SUITE 12A<br>NEW YORK NY 10010 USA | | 332.43 |
| OFFICE MAX | GRAND & TOY<br>200 AVIVA PARK DRIVE<br>Vaughan ON L4L 9C7 | | 747.21 |
| OMRON CANADA INC. | AB DIVISION<br>885 MILNER AVE<br>SCARBOROUGH ON M1B 5V8 | | 40,622.60 |
| OMRON CANADA INC. | AB DIVISION<br>885 MILNER AVE<br>SCARBOROUGH ON M1B 5V8 | | 47,296.45 |
| PANDUIT CANADA | PO BOX 15036, STATION A<br>TORONTO ON M5W 1C1 | | 50,958.26 |
| PEI/GENESIS | 2180 HORNIG ROAD<br>PHILADELPHIA PA 19116 USA | | 87,423.11 |
| PELICAN PRODUCTS ULC | 10221 - 184 ST<br>EDMONTON AB T5S 2J4 | | 255.37 |
| PENTAIR TECHNICAL PRODUCTS | 14818 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 USA | | 33,074.96 |
| PENTON MEDIA | 24652 NETWORK PLACE<br>Chicago IL 60673-1246 USA | | 554.05 |
| PEPPERL+FUCHS INC. | P.O. BOX 57547, STATION A<br>TORONTO ON M5W 5M5 | | 469.92 |
| POSITRONIC IND | PO BOX 8247<br>423 N. CAMPBELL AVENUE<br>SPRINGFIELD MO 65801-8247 USA | | 554.33 |

| List of Creditors with claims of $250 or more. |
|---|---|---|---|
| Creditor | Address | Account# | Claim Amount |
| PRECISION ELECTRONICS CORP. | 70 BARTOR ROAD<br>TORONTO ON M9M 2G5 | | 7,877.02 |
| PREMIER PAPER & PRINT SERVICES | 525 - 3771 JACOMBS RD.<br>RICHMOND BC V6V 2L9 | | 711.57 |
| RECORDXPRESS | 124 CROCKFORD BLVD.<br>SCARBOROUGH ON M1R 3C3 | | 585.19 |
| RENFREW ELECTRIC CO. LTD. | 1 - 1210 BIRCHMOUNT ROAD<br>SCARBOROUGH ON M1P 2C3 | | 6,292.80 |
| RENFREW ELECTRIC CO. LTD. | 1 - 1210 BIRCHMOUNT ROAD<br>SCARBOROUGH ON M1P 2C3 | | 8,346.20 |
| REXEL | ATTN: CREDIT DEPT.<br>PO BOX 766<br>ADDISON TX 75001-0766 USA | | 257.91 |
| ROYAL BANK OF CANADA | ROYAL BANK PLAZA<br>200 BAY ST, SOUTH TOWER, 30TH FL.<br>TORONTO ON M5J 2J5 | | 1,900,000.00 |
| S.F. MARKETING | 325 BOUL. BOUCHARD<br>DORVAL QC H9S 1A9 | | 1,703.32 |
| SAMTEC, INC. | 3837 RELIABLE PARKWAY<br>Chicago IL 60686-0038 USA | | 30,836.08 |
| SOURCE 44 CONSULTING | 2E-399 APPLEWOOD CRESCENT<br>VAUGHAN ON L4K 4J3 | | 1,130.00 |
| STANDARD PRODUCT INC | 5905 CHEMIN DE LA COTE-DE-LIESSE<br>SAINT-LAURENT QC H4T 1C3 | | 4,797.70 |
| SUPPLY FRAME, INC. | 100 - 51 W. DAYTON<br>PASADENA CA 91105 USA | | 3,343.80 |
| SURE SEAL CONNECTIONS | (A DIVISION OF PEI-GENESIS)<br>2180 HORNIG ROAD<br>PHILADELPHIA PA 19116 USA | | 319.43 |
| SYNQOR INC. | ATTN: FINANCE<br>155 SWANSON ROAD<br>BOXBOROUGH MA 01719-1316 USA | | 4,661.60 |
| TECSYS INC. | 800 - 1 PLACE ALEXIS NIHON<br>MONTREAL QC H3Z 3B8 | | 2,584.54 |
| TEVELEC CABLES INC. | 2340 W. BRAKER Ln Ste E<br>AUSTIN TX 78758 USA | | 2,332.41 |
| THREE M CANADA LTD | PO BOX 3616<br>COMMERCE COURT POSTAL STATION<br>TORONTO ON M5L 1K1 | | 20,704.26 |

＿

| Creditor | Address | Account# | Claim Amount |
|---|---|---|---|
| List of Creditors with claims of $250 or more. | | | |
| TRUMAR COMMUNICATIONS INC. | 55 Renfrew Dr Suite 100<br>Markham ON L3R 8H3 | | 3,039,946.00 |
| TTI, INC. | P.O. DRAWER 99111<br>FORT WORTH TX 76199-0111 USA | | 6,470.22 |
| UNISOURCE CANADA INC. TORONTO | T46082<br>P.O. BOX 46082, STATION A<br>TORONTO ON M5W 4K9 | | 543.26 |
| VERIZON CANADA | PO BOX 57443, STATION A<br>TORONTO ON M5W 5M5 | | 1,474.65 |
| VEROTEC ELECTRONICS PACKAGING | PO BOX 469<br>LONDONDERRY NH 03053 USA | | 2,395.42 |
| W INTERCONNECTIONS CANADA INC. | 10 SPY COURT<br>MARKHAM ON L3R 5H6 | | 17,830.90 |
| WA-2 | PO BOX 2308 STATION MAIN<br>VANCOUVER BC V6B 3W5 | | 261.75 |
| WESCO AIRCRAFT HARDWARE CORP. | PO BOX 802020<br>SANTA CLARITA CA 91380-2020 USA | | 598.37 |
| WESCO DISTRIBUTION CANADA LP | 475 HOOD ROAD<br>MARKHAM ON L3R 0S8 | | 1,023.76 |
| Total | | | 7,811,971.36 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**MNP LTD**<br>    as Foreign Representative of<br><br>**ELECTRO SONIC INC.,**<br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-_____ (___)<br><br>Joint Administration Pending |

**FOREIGN REPRESENTATIVE'S STATEMENT
REGARDING KNOWN FOREIGN PROCEEDINGS**

I, Sheldon Title, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States as follows:

1. I am a Senior Vice President of MNP Ltd., the authorized foreign representative (the "Foreign Representative") of the debtor-in-possession Electro Sonic Inc. ("ESI") and debtor-in-possession Electro Sonic of America LLC ("ESA, and collectively with ESI, the "Company" or "Debtors") in a proceeding (the "Canadian Proceeding") commenced under Canadian Bankruptcy and Insolvency Act, R.S.C. 1985, c. B-3, as amended, and pending before the Ontario Superior Court of Justice (the "Canadian Court").

2. I respectfully submit this statement, as required under section 1515(c) of title 11 of the United States Code, as amended from time to time (the "Bankruptcy Code"), in support of the verified chapter 15 petitions filed by the Foreign Representative seeking recognition by the Court of the Canadian Proceeding as a foreign main proceeding.

3. Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to my knowledge, the Canadian Proceeding is the only insolvency proceeding of any kind pending with respect to the Debtors and, thus, is the only known "foreign proceeding" with

respect to the Debtors as that term is defined in section 101(23) of the Bankruptcy Code. The following entities are subject to the Canadian Proceeding and the relevant court file numbers are 31-1835443 and 31-1835488.

1. Electro Sonic Inc.
2. Electro Sonic of America LLC

4. I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information, and belief as set forth herein, the foregoing is true and correct.

Executed this 7th day of February, 2014

_____
MNP Ltd.
Foreign Representative of Debtors
By: Sheldon Title
Senior Vice President