**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | **Chapter 15** |
| **ELECTRO SONIC INC.,** *et al.*,[1] | **Case No. 14-10240 (MFW)** |
| Debtors in a Foreign Proceeding. | **(Joint Administration Requested)** |

**AGENDA FOR FIRST DAY HEARING**

<u>DATE AND TIME OF HEARING</u>: February 11, 2014 at 2 p.m. (Prevailing Eastern Time)

<u>LOCATION</u>: UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM 2,[2] WILMINGTON, DELAWARE 19801

A.  <u>Verified Chapter 15 Petitions</u>

    1.  Voluntary Petition of Electro Sonic Inc. [Dkt. No. 1; filed 2/10/2014]

    2.  Voluntary Petition of Electro Sonic of America LLC [Dkt. No. 1; filed 2/10/2014]

        i.  Amended Petition of Electro Sonic of America LLC [Dkt. No. 2; filed 2/10/2014]

B.  <u>First Day Declaration</u>

    3.  Declaration of Sheldon Title in Support of (i) Verified Chapter 15 Petitions, (ii) Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Canadian Proceeding, and (iii) Certain Related Relief [Dkt. No. 8; filed 2/10/2014]

C.  <u>First Day Motions Going Forward</u>

    4.  Foreign Representative's Motion for an Order Directing Joint Administration of the Debtors' Chapter 15 Cases [Dkt. No. 3; filed 2/10/2014]

        Status:  This matter will be going forward.

---

[1] The Debtors in the foreign proceeding, along with the last four digits of the United States Tax Identification Number or Canadian Business Number, as applicable, of each of the Debtors are as follows: (i) Electro Sonic Inc. (____); and (ii) Electro Sonic of America LLC (3554).

[2] This case is assigned to The Honorable Mary F. Walrath.  The First Day Hearing, however, will be before The Honorable Peter J. Walsh.

5. Foreign Representative's Motion for Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice [Dkt. No. 4; filed 2/10/2014]

   Status: This matter will be going forward.

6. Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Canadian Proceeding [Dkt. No. 5; filed 2/10/2014]

   Status: This matter will be going forward.

D. Foreign Representative's Memorandum of Law in Support of (i) Verified Chapter 15 Petitions and (ii) Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Canadian Proceeding [Dkt. No. 6; filed 2/10/2014]

Dated: February 10, 2014
        Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE #4885)
824 Market Street, Suite 810
Wilmington, DE  19801
302-319-6301
leonhardt@teamrosner.com

- and -

**PERKINS COIE LLP**

Schuyler G. Carroll, Esq.
(*pro hac vice pending*)
30 Rockefeller Plaza
22nd Floor
New York, New York 10112
212-262-6905
scarroll@perkinscoie.com

*Attorneys for Foreign Representative*