**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 15 |
| ELECTRO SONIC INC., *et al.*[1], | ) Case No. 14-10240 (MFW) |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) Hearing Date: 3/18/14 @ 10:30 a.m. (ET) |
| | ) Objection Deadline: 3/11/2014 @ 4:00 p.m. (ET) |
| | ) Re: Dkt Nos. 1, 16, 17 & 18 |

**RULE 2002 NOTICE OF PETITIONS FOR RECOGNITION OF FOREIGN PROCEEDING AND OF COURT'S INTENTION TO COMMUNICATE WITH FOREIGN COURTS AND FOREIGN REPRESENTATIVE**

  **PLEASE TAKE NOTICE** that, on February 10, 2014, MNP Ltd., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors") in a proceeding commenced under section 50.4 of the *Canadian Bankruptcy and Insolvency Act*, R.S.C. 1985,c. B-3, as amended (the "BIA") (the "Canadian Proceeding"), and pending before Ontario Superior Court of Justice (the "Canadian Court"), filed, among other things, (a) petitions for relief (the "Petitions") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and (b) the *Foreign Representative's Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Canadian Proceeding* (the "Recognition Motion"), seeking recognition of the Canadian Proceeding as a foreign main proceeding pursuant to section 1515 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Copies of the Recognition Motion and the *Foreign Representative's Memorandum of Law in Support of (I) Verified Chapter 15 Petitions and (II) Motion for Orders Granting Provisional and Final Relief in Aid of Foreign Canadian Proceeding* are attached hereto as Exhibits 1 and 2.

  **PLEASE TAKE FURTHER NOTICE** that, on February 11, 2014, the Bankruptcy Court entered an *Order Directing Joint Administration of the Debtors' Chapter 15 Cases* [Docket No. 16] under Case No. 14-10240 (MFW).

  **PLEASE TAKE FURTHER NOTICE** that, on February 11, 2014, the Bankruptcy Court entered that certain order granting provisional, injunctive, and related relief

---

[1] The Debtors in the foreign proceeding, along with the last four digits of the United States Tax Identification Number or Canadian Business Number, as applicable, of each of the Debtors are as follows: (i) Electro Sonic Inc. (4973); and (ii) Electro Sonic of America LLC (3554).

pursuant to sections 105(a) and 1519 of the Bankruptcy Code [Docket No. 18] (the "Provisional Order"). The Provisional Order, among other things, enjoins actions in the United States in contravention of Canadian law and orders of the Canadian Court in the Canadian Proceeding from the entry of such Provisional Order through and including the date of the Recognition Hearing (as defined below). A copy of the Provisional Order is attached hereto as Exhibit 3.

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that the Bankruptcy Court will communicate directly with, or to request information or assistance directly from, the Canadian Court and Foreign Representative pursuant to section 1525 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing before The Honorable Mary F. Walrath a**t the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801**, **on March 18, 2014 at 10:30 a.m. (prevailing Eastern time)** to consider approval of the Petitions and granting of the relief requested therein on a final basis (the "Recognition Hearing"), including recognition of the Canadian Proceeding as a foreign main proceeding under chapter 15 of the Bankruptcy Code and giving full force and effect to orders (the "Trustee Order") entered in the Canadian Proceeding. Enclosed with this notice is a copy of the Trustee Order attached hereto as Exhibit 4. During the Canadian Proceeding the Debtors are permitted to continue to operate their business substantially in the ordinary course. The proposed final order granting recognition of the Canadian Proceeding is attached to the Recognition Motion as Exhibit B.

**PLEASE TAKE FURTHER NOTICE**, that any party in interest wishing to submit a response or objection to the Petitions or the relief requested by the Foreign Representative therein, must do so in accordance with the Bankruptcy Code, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the Federal Rules of Bankruptcy Procedure, in a writing that sets forth the bases therefor with specificity and the nature and extent of the respondent's claims against the Debtors. Such response or objection must be filed with the Office of the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned, **so as to be actually received by each of them no later than the deadline established in the Provisional Order, 4:00 p.m. (prevailing Eastern time) on March 11, 2014**.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed and wishing to object to the Debtors' petitions or the request for relief contained therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than a notice on the docket in these cases or an announcement in open court of the adjourned date or dates of any adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that, if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested by the Foreign Representative without further notice or hearing.

Dated: February 14, 2014  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE# 4885)
THE ROSNER LAW GROUP LLC
824 N. Market Street – Suite 810
Wilmington, Delaware 19801
Telephone: (302) 319-6301
Leonhardt@teamrosner.com

-and-

Schuyler G. Carroll
PERKINS COIE LLP
30 Rockefeller Plaza – 22nd Floor
824 N. Market Street – Suite 810
New York, New York 10112
Telephone: (212) 262-6905
SCarroll@perkinscoie.com

*Attorneys for the Foreign Representative*